# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **CRYSTAL BLAKE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case number 4:20cv01418 PLC |
| ) | |
| **ONE ADVANTAGE, LLC., and** ) | |
| **JOHN DOES 1-25,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER and JUDGMENT OF DISMISSAL

This matter is before the Court on Plaintiff Crystal Blake's notice of voluntary dismissal with prejudice [ECF No. 7]. Plaintiff states "the above[-]entitled action against Defendant[s] shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to" Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff further states "that judgment of dismissal with prejudice may be entered in the above[-]entitled action pursuant hereto."

Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss a case by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." The record reveals that no Defendant has served either an answer or a motion for summary judgment.

Accordingly, after careful consideration,

**IT IS HEREBY ORDERED** that Plaintiff's notice of dismissal [ECF No. 7] is **APPROVED**.

- 2 -

**IT IS FINALLY ORDERED, ADJUDGED and DECREED** that all claims and causes of action against Defendants are **DISMISSED with prejudice**, with each party to bear its own costs and attorneys' fees.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of December, 2020